IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF STEPHEN PAUL BOOHER; GLADYS F. BOOHER, Administrator, AND GLADYS F. BOOHER, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART R. GLEN,<br><br>Defendant. | Federal Case No. 4:17-cv-119<br><br>**JOINT STATUS REPORT** |

**COME NOW** the parties hereto, in and through their respective counsel, and for their filing as styled above state to the Court as follows:

1. On August 7, 2018, Magistrate Judge Stephen B. Jackson, Jr. entered a "Text Order" requiring the filing of a joint report advising the court as to the status of the companion state court proceedings and as to the parties' intention to proceed in this case.

2. In his order, Judge Jackson provided that the joint report should be filed no later than August 17, 2018.

3. The undersigned parties now jointly report that since the filing of the last Joint Status Report on June 1, 2018, the following has occurred in the state court action known in Polk County Iowa District Court as Case No. CVCV054654:

   - **June 11, 2018**: The Booher Defendants filed their response to Plaintiff's Motion for Reconsideration;

- **June 12, 2018**:  A hearing was held before Judge Jeanie Kunkle Vaudt in Polk County, Iowa, state court on Plaintiff, T.H.E. Insurance Company's Motion for Reconsideration and Defendant Boohers' Response.

    Judge Vaudt gave the parties until July 2, 2018, to file respective new proposed rulings for consideration by her on the competing Motions for Summary Judgment then on file.

- **July 2, 2018**:  Both Plaintiff T.H.E. Insurance Company and Defendant Boohers filed their individual proposed rulings for the court's consideration, as previously ordered.

4. The parties in the state court matter now await Judge Vaudt's summary judgment ruling.

5. That state court ruling will assist the parties in determining what course of action each will take in both the state court matter as well as this federal case proceeding.

Dated:  August 8, 2018.

| **WASKER, DORR, WIMMER & MARCOUILLER, P.C.** | **GREFE & SIDNEY, P.L.C.** |
|---|---|
| /s/ Fred L. Dorr | /s/ Guy R. Cook |
| Fred L. Dorr           AT0002105 | Guy R. Cook           AT0001623 |
| fdorr@wdwm.net | gcook@grefesidney.com |
| 4201 Westown Parkway, Suite 250 | |
| West Des Moines, Iowa   50266-6720 | |
| Phone:  (515) 283-1801 | |
| Fax:  (515) 283-1802 | |

**GALLIGAN & REID, P.C.**

| | |
|---|---|
| /s/ Brian P. Galligan | /s/ Clark I. Mitchell |
| Brian P. Galligan           AT0002632 | Clark I. Mitchell           AT0005354 |
| bgalligan@galliganlaw.com | cmitchell@grefesidney.com |
| 300 Walnut Street, Suite 5 | |
| Des Moines, IA 50309 | |
| Phone:  (515) 282-3333 | |
| Fax:  (515) 282-0318 | |

**TRIAL LAWYERS FOR JUSTICE**

| | |
|---|---|
| /s/ Nick C. Rowley | /s/ Adam D. Zenor |
| Nick C. Rowley            AT0009516 | Adam D. Zenor            AT0009698 |
| nick@tl4j.com | azenor@#grefesidney.com |
| 421 W. Water Street | 500 E. Court Ave., Ste. 200 |
| Decorah, Iowa  52101 | Des Moines, IA  50309 |
| Phone:  (888) 811-0844 | Phone:  (515) 245-4300 |
| Fax:  (888) 801-3616 | Fax:  (515) 245-4452 |
| **ATTORNEYS FOR PLAINTIFF ESTATE OF STEPHEN PAUL BOOHER; GLADYS F. BOOHER, ADMINISTRATOR; AND GLADYS F. BOOHER, INDIVIDUALLY** | **ATTORNEYS FOR DEFENDANT STUART R. GLEN** |

**Copy filed via CM/ECF.**

**Courtesy Copy via email to:**

Guy R. Cook
Clark I. Mitchell
Adam D. Zenor
Grefe & Sidney, P.L.C.
500 E. Court Ave., Ste. 200
Des Moines, IA  50309
Emails:  gcook@grefesidney.com
cmitchell@grefesidney.com
azenor@#grefesidney.com
**ATTORNEYS FOR DEFENDANT STUART R. GLEN**

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record for all parties to the above-entitled cause by CM/ECF and by email transmission at such attorney's email address as disclosed by the pleadings of record herein on the 8th day of August, 2018.

By:    ☐ U.S. Mail        ☐ Facsimile

          ☐ Hand Delivered    ☐ Overnight

          ☒ CM/ECF           ☒ Email

Signature   /s/ Lori K. Techau