IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF STEPHEN PAUL BOOHER; GLADYS F. BOOHER, Administrator, AND GLADYS F. BOOHER, Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>STUART R. GLEN<br><br>    Defendant. | CASE NO.  4:17-cv-119<br><br><br><br><br>**APPEARANCE OF COUNSEL** |

COMES NOW the undersigned, Benjamin T. Erickson of the law firm of Grefe & Sidney, P.L.C. 500 East Court Avenue, Des Moines, Iowa 50309, and hereby enters his appearance as additional counsel on behalf of the Defendant, Stuart R. Glen.

**Certificate of Service**
The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on August 20, 2020, by CM/ECF.

/s/ *Benjamin T. Erickson*

Copies to:

Fred L. Dorr
WASKER, DORR, WIMMER & MARCOUILLER, P.C.
4201 Westown Parkway, Suite 250
West Des Moines, IA 50266-6720
fdorr@wdwm.net

Brian P. Galligan
GALLIGAN & REID, P.C.
300 Walnut Street, Suite 5
Des Moines, IA 50309
bgalligan@galliganlaw.com

Nick C. Rowley
TRIAL LAWYERS FOR JUSTICE
421 West Water Street
Decorah, IA 52101
nick@tl4j.com

ATTORNEYS FOR PLAINTIFF

GREFE & SIDNEY, P.L.C.

By:  /s/ *Benjamin T. Erickson*
     Benjamin T. Erickson, AT0012927

     500 E. Court Ave., Ste. 200
     Des Moines, IA  50309
     Phone:  515/245-4300
     Fax: 515/245-4452
     berickson@grefesidney.com

ATTORNEYS FOR DEFENDANT