IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF STEPHEN PAUL BOOHER; GLADYS F. BOOHER, Administrator, AND GLADYS F. BOOHER, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART R. GLEN,<br><br>Defendant. | Federal Case No. 17-cv-119<br><br><br>DISCLOSURE STATEMENT |

As required by LR 7.1, Plaintiff, Estate of Stephen Paul Booher; Gladys F. Booher, Administrator, provides the following information to the court:

(a) The following are the names of all associations, firms, partnership, corporations, and other artificial entities that either are related to as a parent, subsidiary, or otherwise or have a direct or indirect pecuniary interest in the outcome in the case: **None**.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both: **N/A**.

Dated: August 31, 2020.

**WASKER, DORR, WIMMER & MARCOUILLER, P.C.**

/s/ Fred L. Dorr
Fred L. Dorr                    AT0002105
4201 Westown Parkway, Suite 250
West Des Moines, Iowa   50266-6720
Phone:  (515) 283-1801
Fax:  (515) 283-1802
Email:  fdorr@wdwm.net

**TRIAL LAWYERS FOR JUSTICE**

/s/ Nick C. Rowley
Nick C. Rowley          AT0009516
421 W. Water Street
Decorah, Iowa 52101
Phone: (888) 811-0844
Fax: (888) 801-3616
Email: nick@tl4j.com

**GALLIGAN & REID, P.C.**

/s/ Brian P. Galligan
Brian P. Galligan          AT0002632
300 Walnut Street, Suite 5
Des Moines, IA 50309
Phone: (515) 282-3333
Fax: (515) 282-0318
Email: bgalligan@galliganlaw.com
**ATTORNEYS FOR PLAINTIFFS**

**Copy filed via CM/ECF.**

**Courtesy Copy via email to:**

Guy R. Cook
Clark I. Mitchell
Benjamin T. Erickson
Grefe & Sidney, P.L.C.
500 E. Court Ave., Ste. 200
Des Moines, IA 50309
Emails: gcook@grefesidney.com
cmitchell@grefesidney.com
berickson@grefesidney.com
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record for all parties to the above-entitled cause by CM/ECF and by email transmission at such attorney's email address as disclosed by the pleadings of record herein on the 31st day of August 2020.

By:  ☐ U.S. Mail        ☐ Facsimile
     ☐ Hand Delivered   ☐ Overnight
     ☒ CM/ECF           ☒ Email

Signature  /s/ Lori K. Techau