IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF STEPHEN PAUL BOOHER; GLADYS F. BOOHER, Administrator, AND GLADYS F. BOOHER, Individually, <br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STUART R. GLEN,<br><br>　　　　　　Defendant. | Federal Case No. 17-cv-119<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br>(Joint Filing) |

**COME NOW** the attorneys for all parties herein and by execution of this joint filing state to the court as follows:

1. The undersigned attorneys represent all parties who have appeared in this case.

2. This Stipulation is being filed pursuant to Fed. R. Civ. P. 41(a)(1) and is intended to, and shall, operate as a dismissal of the above-captioned action with prejudice.

　Dated: December 31, 2020.

Respectfully submitted,

| | |
|---|---|
| **WASKER, DORR, WIMMER & MARCOUILLER, P.C.** | **GREFE & SIDNEY, P.L.C.** |
| /s/ Fred L. Dorr | /s/ Guy R. Cook |
| Fred L. Dorr　　　　　　AT0002105 | Guy R. Cook　　　　　　AT0001623 |
| 4201 Westown Parkway, Suite 250 | 500 E. Court Ave. – Suite 200 |
| West Des Moines, Iowa   50266-6720 | Des Moines, IA  50309 |
| Phone: (515) 283-1801 | Phone: (515) 245-4300 |
| Fax: (515) 283-1802 | Fax: (515) 245-4452 |
| Email: fdorr@wdwm.net | Email: gcook@grefesidney.com |

**GALLIGAN & REID, P.C.**

/s/ Brian P. Galligan
Brian P. Galligan        AT0002632
300 Walnut Street, Suite 5
Des Moines, IA 50309
Phone: (515) 282-3333
Fax: (515) 282-0318
Email: bgalligan@galliganlaw.com

/s/ Clark I. Mitchell
Clark I. Mitchell        AT0005354
500 E. Court Ave. – Suite 200
Des Moines, IA 50309
Phone: (515) 245-4300
Fax: (515) 245-4452
Email: cmitchell@grefesidney.com

**TRIAL LAWYERS FOR JUSTICE**

/s/ Nick C. Rowley
Nick C. Rowley        AT0009516
421 W. Water Street
Decorah, Iowa 52101
Phone: (888) 811-0844
Fax: (888) 801-3616
Email: nick@tl4j.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Benjamin T. Erickson
Benjamin T. Erickson    AT0012927
500 E. Court Ave. – Suite 200
Des Moines, IA 50309
Phone: (515) 245-4300
Fax: (515) 245-4452
Email: berickson@grefesidney.com
**ATTORNEYS FOR DEFENDANT**

**Copy filed via CM/ECF.**

**Courtesy Copy via email to:**

Guy R. Cook
Clark I. Mitchell
Benjamin Erickson
Grefe & Sidney, P.L.C.
500 E. Court Ave., Ste. 200
Des Moines, IA 50309
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on December 31, 2020, by CM/ECF filing system and via email.

Signature: /s/ Lori K. Techau